IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10MJ163-TDT |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| SERGIO ARAUJO-LAGARDE, | ) | THE COMPLAINT |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED**, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Complaint regarding the defendant, SERGIO ARAUJO-LAGARDE, pursuant to Motion of the United States (Filing No. 20).

DATED this 13th day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge